AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Adlife Marketing & Communications Company, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19-cv-01248-CL |
| C & K Market, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adlife Marketing & Communications Company, Inc.

Date:   09/26/2019

/s/ Michael O. Stevens
*Attorney's signature*

Michael O. Stevens, OSB No. 095198
*Printed name and bar number*

Stevens & Legal
3699 NE John Olsen Ave
Hillsboro, OR 97124
*Address*

michael@hillsborofirm.com
*E-mail address*

(971) 533-6178
*Telephone number*

(971) 228-2608
*FAX number*