UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>                     Plaintiff,<br><br>v.<br><br>C & K MARKET, INC.<br><br>                     Defendant. | STIPULATION OF SETTLEMENT DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:19-cv-1248 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Adlife Marketing & Communications Company, Inc., and counsel for the Defendant, C & K Market, Inc. that all claims asserted in the above-captioned action have been settled and are to be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

| | |
|---|---|
| /s/Richard Liebowitz<br>Richard P. Liebowitz<br><br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>Tel: (516) 233-1660<br>RL@LiebowitzLawFirm.com<br><br>Dated: March 11, 2020<br>*Attorneys for Plaintiff* | /s/Elliott J. Williams<br>Elliott J. Williams<br><br>Stoel Rives LLP<br>760 SW Ninth Ave, Suite 3000<br>Portland, OR 97205<br>Telephone: 503.224.3380<br>elliott.williams@stoel.com<br><br>Dated: March 11, 2020<br>*Attorneys for Defendant* |